

United States District Court
Eastern District of California

| Juan Villalovos-Gutierrez, et al. | | Case Number: | 2:24-cv-02305-CKD |

Plaintiff(s)

V.

Gerard Van de Pol, et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James Knoepp hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs

On 11/07/2016 (date), I was admitted to practice and presently in good standing in the South Carolina Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/29/2024     Signature of Applicant: /s/ James Knoepp

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | James Knoepp |
| Law Firm Name: | Law Offices of Dawson Morton |
| Address: | 1612 Crestwood Drive |
| City: | Columbia   State: SC   Zip: 29205 |
| Phone Number w/Area Code: | (828) 379-3169 |
| City and State of Residence: | Columbia, South Carolina |
| Primary E-mail Address: | jim@dawsonmorton.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Dawson Morton |
| Law Firm Name: | Law Offices of Dawson Morton |
| Address: | 1808 Sixth Street |
| City: | Berkeley   State: CA   Zip: 94710 |
| Phone Number w/Area Code: | (404) 590-1295   Bar # 320811 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 4, 2024

_Carolyn K. Delaney_
JUDGE, U.S. DISTRICT COURT

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that James Melvin Knoepp (James M. Knoepp) was duly sworn and admitted as an attorney in this state on November 07, 2016 and is currently a regular member of the South Carolina Bar in good standing.

_Patricia A. Howard_
CLERK

Columbia, South Carolina

August 29, 2024

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.