| | |
|---|---|
| *Attorney or Party without Attorney:*<br>DAWSON MORTON, Bar #320811<br>LAW OFFICES OF DAWSON MORTON<br>1808 SIXTH STREET<br>BERKELEY, CA 94710<br>*Telephone No:* 404-590-1295<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Eastern District Of California

*Plaintiff:* JUAN VILLALOVOS -GUTIERREZ, ET AL
*Defendant:* GERARD VAN DE POL, ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-CV-02305-CKD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Damages, Penalties, And Injunctive Relief; Civil Cover Sheet; Initial Scheduling Order, Cases Assigned Under App.A.Sub (M); Magistrate Judge Consent In Civil Cases: Know Your Rights!; Notice Of Availability Of A Magistrate Judge To Exercise Jurisidction And Appeal Instructions; Consent/ Decline Of U.S. Magistrate Judge Jurisdiction; Notice Of Availability Voluntary Dispute Resolution; Stipulation To Elect Referral Of Action To Voluntary Dispute Resoltuion Program (Vdrp) Pursuant To Local Rule 271; Application For Pro Hac Vice And Proposed Order; Certificate Of Good Standing; Application For Pro Hac Vice And Proposed Order; Certificate Of Good Standing

3. a. Party served:  G & H DAIRY, A GENERAL PARTNERSHIP
   b. Person served: DANIEL VAN DE POL, SUPERVISOR, White, Male, 45 Years Old, Brown Hair, 5 Feet 10 Inches, 190 Pounds

4. Address where the party was served: 16996 SEXTON ROAD
   Escalon, CA 95320

5. I served the party:
   b. **by substituted service.** On: Mon., Oct. 21, 2024 at: 2:35PM by leaving the copies with or in the presence of:
   DANIEL VAN DE POL, SUPERVISOR, White, Male, 45 Years Old, Brown Hair, 5 Feet 10 Inches, 190 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LAJLA SHACKELFORD
   b. **RUN WITH IT**
   P.O. BOX 691237
   STOCKTON, CA 95269
   c. (209) 565-1180, FAX (866) 679-6720

   d. *The Fee for Service was:* $121.50
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 386
      (iii) County: San Joaquin
      (iv) Expiration Date: Sat, Oct. 31, 2026

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Oct. 22, 2024

                                                                      (LAJLA SHACKELFORD)

Judicial Council Form              PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE                                  dmorton.154884

| Attorney or Party without Attorney:<br>DAWSON MORTON, Bar #320811<br>LAW OFFICES OF DAWSON MORTON<br>1808 SIXTH STREET<br>BERKELEY, CA 94710<br>Telephone No: 404-590-1295    FAX No:<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Eastern District Of California

Plaintiff: JUAN VILLALOVOS -GUTIERREZ, ET AL
Defendant: GERARD VAN DE POL, ET AL

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-CV-02305-CKD |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Case; Complaint For Damages, Penalties, And Injunctive Relief; Civil Cover Sheet; Initial Scheduling Order, Cases Assigned Under App.A.Sub (M); Magistrate Judge Consent In Civil Cases: Know Your Rights!; Notice Of Availability Of A Magistrate Judge To Exercise Jurisidction And Appeal Instructions; Consent/ Decline Of U.S. Magistrate Judge Jurisdiction; Notice Of Availability Voluntary Dispute Resolution; Stipulation To Elect Referral Of Action To Voluntary Dispute Resoltuion Program (Vdrp) Pursuant To Local Rule 271; Application For Pro Hac Vice And Proposed Order; Certificate Of Good Standing; Application For Pro Hac Vice And Proposed Order; Certificate Of Good Standing

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Tue., Oct. 22, 2024
   b. Place of Mailing:          STOCKTON, CA 95269
   c. Addressed as follows:      G & H DAIRY, A GENERAL PARTNERSHIP
                                 16996 SEXTON ROAD
                                 Escalon, CA 95320

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Oct. 22, 2024 in the ordinary course of business.

5. Person Serving:                                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LAJLA SHACKELFORD                    d. *The Fee* for Service was:    $121.50
   b. RUN WITH IT                          e. I am: (3) registered California process server
      P.O. BOX 691237                          (i)   Owner
      STOCKTON, CA 95269                       (ii)  Registration No.:   386
   c. (209) 565-1180, FAX (866) 679-6720       (iii) County:             San Joaquin
                                               (iv)  Expiration Date:    Sat, Oct. 31, 2026

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Oct. 22, 2024

                                                                    (LAJLA SHACKELFORD)

Judicial Council Form                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    By Mail                                      dmorton.154884