TALIA L. DELANOY (SBN: 239973)
tdelanoy@grsm.com
AMIE M. SCULLY (SBN: 243778)
ascully@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 830-6531
Facsimile: (916) 920-4402

Attorneys for Defendants
GERARD VAN DE POL; G & H DAIRY, A GENERAL PARTNERSHIP (*erroneously sued as* GERARD VAN DE POL AND HENRY VAN DE POL'S ESTATE D/B/A G & H DAIRY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, SERGIO IVAN RODRIGUEZ-RODRIGUEZ, JOSE DE JESUS GONZALEZ-VILLALOBOS, BONIFACIO CASTRO-MORALES and REYES MORALES-DELGADILLO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> GERARD VAN DE POL; GERARD VAN DE POL AND HENRY VAN DE POL's ESTATE d/b/a G & H DAIRY; G & H DAIRY, A GENERAL PARTNERSHIP, <br><br> Defendants. | CASE NO. 2:24-cv-02305-DJC-CKD <br><br> **CORPORATE DISCLOSURE STATEMENT** <br><br><br> Complaint filed: August 23, 2024 <br> Trial date: Not Set |

**TO THE COURT:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant G & H Dairy, by and through undersigned counsel, states that G & H Dairy is a general partnership organized under the laws of California, with its principal place of business in California. The general partnership is 50 percent owned by the G & B Trust and 50 percent owned by Danger Landholding Company.

Dated: November 25, 2024        GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Talia L. Delanoy*
TALIA L. DELANOY
AMIE M. SCULLY
Attorney for Defendants

-1-

1  GERARD VAN DE POL; G & H DAIRY, A
2  GENERAL PARTNERSHIP (*erroneously sued as* GERARD VAN DE POL AND HENRY VAN DE POL's ESTATE d/b/a G & H DAIRY)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Gordon Rees Scully Mansukhani, LLP**
**3 Parkcenter Drive, Suite 200**
**Sacramento, CA 95825**

-2-

Corporate Disclosure Statement

Case No.: 2:24-cv-02305-DJC-CKD