1  SARA A. MOORE (SBN: 294255)
   smoore@grsm.com
2  AMIE M. SCULLY (SBN: 243778)
   ascully@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
   GERARD VAN DE POL; G & H DAIRY, A GENERAL PARTNERSHIP (*erroneously sued*
7  *as* GERARD VAN DE POL AND HENRY VAN DE POL'S ESTATE D/B/A G & H DAIRY)

8

9                UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, SERGIO IVAN RODRIGUEZ-RODRIGUEZ, JOSE DE JESUS GONZALEZ-VILLALOBOS, BONIFACIO CASTRO-MORALES and REYES MORALES-DELGADILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GERARD VAN DE POL; GERARD VAN DE POL AND HENRY VAN DE POL's ESTATE d/b/a G & H DAIRY; G & H DAIRY, A GENERAL PARTNERSHIP,<br><br>Defendants. | CASE NO. 2:24-cv-02305-DJC-CKD<br><br>**NOTICE OF APPEARANCE OF ATTORNEY SARA A. MOORE**<br><br><br><br>Complaint filed: August 23, 2024<br>Trial date: August 17, 2026 |

PLEASE TAKE NOTICE that attorney Sara A. Moore hereby enters her appearance as attorney of record for Defendants GERARD VAN DE POL and G & H DAIRY, A GENERAL PARTNERSHIP (*erroneously sued as* GERARD VAN DE POL AND HENRY VAN DE POL's ESTATE d/b/a G & H DAIRY) in the above-captioned matter.

///

///

///

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

Sara A. Moore
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900   Facsimile: (415) 986-8054
Email: Smoore@grsm.com   cc: Yolvera@grsm.com

It is requested that Sara A. Moore of Gordon Rees Scully Mansukhani, LLP, be entered in the records of this Court as the lead trial attorney for Defendants with respect to this matter.

Dated: March 15, 2025                    GORDON REES SCULLY MANSUKHANI, LLP


By:   */S/ Sara A. Moore*
        SARA A. MOORE
        AMIE M. SCULLY
Attorneys for Defendants
GERARD VAN DE POL; G & H DAIRY,
A GENERAL PARTNERSHIP (*erroneously sued as* GERARD VAN DE POL AND HENRY VAN DE POL's ESTATE d/b/a G & H DAIRY)