1  SARA A. MOORE (SBN: 294255)
   smoore@grsm.com
2  AMIE M. SCULLY (SBN: 243778)
   ascully@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
   GERARD VAN DE POL; G & H DAIRY, A GENERAL PARTNERSHIP (*erroneously sued*
7  *as* GERARD VAN DE POL AND HENRY VAN DE POL'S ESTATE D/B/A G & H DAIRY)

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11  JUAN VILLALOVOS-GUTIERREZ,          CASE NO. 2:24-cv-02305-DJC-CKD
    SERGIO IVAN RODRIGUEZ-
12  RODRIGUEZ, JOSE DE JESUS            **JOINT MID-DISCOVERY STATEMENT**
    GONZALEZ-VILLALOBOS, BONIFACIO
13  CASTRO-MORALES and REYES
    MORALES-DELGADILLO, individually
14  and on behalf of all others similarly situated,

15                    Plaintiff,

16         vs.

17  GERARD VAN DE POL; GERARD VAN
    DE POL AND HENRY VAN DE POL's
18  ESTATE d/b/a G & H DAIRY; G & H
    DAIRY, A GENERAL PARTNERSHIP,
19                                      Complaint filed: August 23, 2024
                      Defendants.       Trial date: August 17, 2026
20

21         Pursuant to the Court's January 2, 2025, Scheduling Order (ECF No. 13), the parties

22  submit this joint mid-discovery statement to outline discovery served to date and to highlight

23  one on-going discovery dispute.

24         The parties have exchanged initial disclosures with disclosures served on January 9,

25  2025 (Defendants) and on January 10, 2025 (Plaintiffs). Plaintiffs have also served requests

26  for production to Defendant G & H Dairy on January 13, 2025. Defendant G & H Dairy

27  served initial responses to these requests, after being granted a short extension, on February

28  19, 2025. Defendant produced some payroll records for the Plaintiffs. Defendant objected to

                                       -1-

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

discovery concerning putative class members and declined to produce responses to some

requests without notice to putative class members.  These issues are presently the subject of a

dispute over which the parties have conferred without yet reaching a resolution.  Plaintiffs are

in the process of coordinating a date for a hearing and are preparing a joint statement to be

presented to the Court to further detail this dispute if the parties are unable to resolve it within

the next week.  Resolution of the dispute is important to whether Plaintiffs will have the

discovery needed in advance of their June 2, 2025 deadline to move for class certification.

Plaintiffs' position is that Defendant's refusal to produce employment records for non-party

putative class members hampers Plaintiffs ability to present compelling evidence that the

putative class members are similarly situated with respect to their pay, their work terms, and

the employment violations they experienced.  Defendant's position is that the personnel files

and payroll records of current and former G & H Dairy employees are subject to privacy

protections. As such, Defendant has proposed utilizing an opt-out procedure to notify potential

class members that their private information and employment records are being sought in this

class action and allow them an opportunity to opt out of disclosure.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT MID-DISCOVERY STATEMENT

Case No.: 2:24-cv-02305-DJC-CKD

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

1     Plaintiffs have also served Requests for Admission and Interrogatories to Defendant G

2   & H Dairy on March 27, 2025.  Responses to these requests are not yet due.

3

4   Dated:  April 25, 2025                    Law Offices of Dawson Morton

5                                            By:     */S/Dawson Morton*
                                                     Dawson Morton
6                                                    1808 Sixth St.
                                                     Berkeley, CA 94710
7                                                    Telephone: (404) 590-1295
                                                     Facsimile: (510) 529-4111
8                                                    dawson@dawsonmorton.com

9                                            *Attorneys for Individual and Representative*
                                             *Plaintiffs individually and on behalf of all others*
10                                           *similarly situated.*

11

12  Dated:  April 25, 2025                    Gordon Rees Scully Mansukhani, LLP

13                                           By:     */S/ Sara A. Moore*
                                                     Sara A. Moore
14                                                   Amie M. Scully

15                                           *Attorneys for Defendants Gerard Van De Pol;*
                                             *G & H Dairy, a General Partnership (erroneously*
16                                           *sued as Gerard Van De Pol and Henry Van De*
                                             *Pol's Estate d/b/a G & H Dairy)*

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MID-DISCOVERY STATEMENT

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**