DAWSON MORTON (SBN 320811)
JAMES KNOEPP (S.C. Bar Lic. 102757,
*Admitted Pro Hac Vice*)
LAW OFFICES OF DAWSON MORTON
1808 Sixth Street
Berkeley, CA 94710
Telephone: (404) 590-1295
Facsimile: (510) 529-4111

*Attorneys for Plaintiffs and all others similarly situated.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>GERARD VAN DE POL; ET AL.<br><br>Defendants. | No. 2:24-cv-2305-DJC-CKD<br><br>MOTION AND NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSE FROM DEFENDANT G & H DAIRY<br><br>HEARING MAY 28, 2025 AT 10:00 AM VIA ZOOM BEFORE CHIEF MAGISTRATE JUDGE CAROLYN K. DELANEY |

Plaintiffs move to compel discovery responses from Defendant G & H Dairy, which has objected and refused to produce employment records, employer-provided housing records, and other documents related to putative class members. The parties disagree whether such records are discoverable prior to Rule 23 class certification. The parties have discussed the incomplete nature of Defendant's responses by email and twice by phone; however, they have not been able to finalize a supplemental production, nor resolve the discovery dispute. Plaintiffs seek these relevant records so they may be evaluated prior to moving for class certification. The parties will prepare and submit a joint statement as required by Local Rule 251.

Respectfully submitted this _7th___ day of May, 2025.

Dated:  May 7, 2025                         Law Offices of Dawson Morton

                                              By:   _____s/ D. Morton_____
                                                       Dawson Morton
                                                       1808 Sixth St.
                                                       Berkeley, CA 94710
                                                       Telephone: (404) 590-1295
                                                       Facsimile: (510) 529-4111
                                                       dawson@dawsonmorton.com

*Attorneys for Plaintiffs and all others similarly situated.*

2