DAWSON MORTON (SBN 320811)
JAMES KNOEPP (S.C. Bar Lic. 102757)
*Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth Street
Berkeley, CA 94710
Telephone: (404) 590-1295
Facsimile: (510) 529-4111

*Attorneys for Plaintiffs and all others similarly situated.*

SARA A. MOORE (SBN: 294255)
smoore@grsm.com
AMIE M. SCULLY (SBN: 243778)
ascully@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
GERARD VAN DE POL; G & H DAIRY, A GENERAL PARTNERSHIP (*erroneously sued as* GERARD VAN DE POL AND HENRY VAN DE POL's ESTATE d/b/a G & H DAIRY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>GERARD VAN DE POL; ET AL.<br><br>Defendants. | Case No. 2:24-cv-2305-DJC-CKD<br><br>**CONSENT MOTION TO STAY PROCEEDINGS AND STAY PRESENT SCHEDULING ORDER TO ALLOW PARTIES TO ENGAGE IN MEDIATION** |

COME NOW, Plaintiffs and Defendants to file this, their Consent Motion to Stay the current scheduling order in this case while the parties attempt a resolution of the suit through alternative dispute resolution. In support of this Motion, the parties represent as follows:

1. Plaintiffs filed the Complaint on August 23, 2024. [Doc. 1].

-1-
CONSENT MOTION TO STAY PROCEEDINGS AND STAY PRESENT SCHEDULING ORDER
TO ALLOW PARTIES TO ENGAGE IN MEDIATION
(Case No. 2:24-cv-2305-DJC-CKD)

2. Defendants filed their Answer on November 12, 2024. [Doc. 10].

3. This Court entered a Discovery and Scheduling Order on January 2, 2025 [Doc. 13], providing for a discovery period closing on September 12, 2025. That Order also set a deadline of June 2, 2025 for the filing of Rule 23 class certification with a July 10, 2025 hearing date.

4. Plaintiffs have propounded written discovery and some of that discovery is now the subject of a discovery dispute. However, the parties have agreed to delay any resolution of the discovery dispute while Defendants produce a sampling of the class discovery necessary to value and explore full resolution of this matter.

5. The parties have agreed that resolution of this matter is possible and that there are efficiencies obtained in doing so now. The parties have begun to engage in discussions with the mutual goal of reaching an agreement to resolve all of the claims including alleged class claims against Defendants, and intend to engage in additional document production and review followed by settlement discussions and mediation before a third-party mediator in late August or September.

6. Due to conflicting schedules, the summer holidays, and the limited availability of the anticipated mediator, as well as to provide for time to produce records in anticipation of mediation so that the parties can both review and prepare class-wide damages estimates prior to mediation, the parties need a limited stay of the current discovery period and related deadlines from the Scheduling Order [Doc. 13] to allow the parties to fully explore a potential resolution.

7. The parties believe that a stay of the proceedings would allow them to effectively manage the costs of this case and efficiently attempt to resolve the matter while expending the least amount of litigation costs and judicial resources.

8. In furtherance of this goal, the parties mutually request that this Court stay the proceedings for 120 days from the date of any Order entered granting this motion.

9. If the parties are unable to resolve this matter, the parties will inform the court when they reach an impasse, move the Court for additional time should negotiations be incomplete, or jointly submit a proposed modified scheduling order and return to their discovery dispute.

The parties file this Motion in good faith, and not with the intent to cause unnecessary delay.

Respectfully submitted this 14th day of May, 2025.

*/S/ Dawson Morton (as authorized on May 14, 2025)*
DAWSON MORTON
JAMES KNOEPP (S.C. Bar Lic. 102757)
*Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth Street
Berkeley, CA 94710
Telephone: (404) 590-1295
Facsimile: (510) 529-4111

*Attorneys for Plaintiffs*


GORDON REES SCULLY MANSUKHANI, LLP

By:   */S/ Sara A. Moore*
        SARA A. MOORE
        AMIE M. SCULLY
Attorneys for Defendants
GERARD VAN DE POL; G & H DAIRY,
A GENERAL PARTNERSHIP (*ERRONEOUSLY SUED AS* GERARD VAN DE POL AND HENRY VAN DE POL'S ESTATE D/B/A G & H DAIRY)

-3-
CONSENT MOTION TO STAY PROCEEDINGS AND STAY PRESENT SCHEDULING ORDER
TO ALLOW PARTIES TO ENGAGE IN MEDIATION
(Case No. 2:24-cv-2305-DJC-CKD)