DAWSON MORTON (SBN 320811)
JAMES KNOEPP (S.C. Bar Lic. 102757,
*Pro Hac Vice*)
LAW OFFICES OF DAWSON MORTON
1808 Sixth Street
Berkeley, CA 94710
Telephone: (404) 590-1295
Facsimile: (510) 529-4111

*Attorneys for Plaintiffs and all others similarly situated.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>GERARD VAN DE POL; ET AL.<br><br>Defendants. | No. 2:24-cv-2305-DJC-CKD<br><br>ORDER ON JOINT CONSENT MOTION TO STAY |

The Parties have filed a Joint Consent Motion to Stay in order to discuss and potentially finalize their settlement discussions. For good cause shown, the motion is GRANTED, and the deadlines in this action are stayed for one hundred and twenty (120) days from the date of this Order.

**SO ORDERED** this 15th day of May, 2025.

Dated: May 15, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1