1  DAWSON MORTON (SBN 320811)
   JAMES KNOEPP (S.C. Bar Lic. 102757)
2  *Pro Hac Vice*
   LAW OFFICES OF DAWSON MORTON
3  1808 Sixth Street
   Berkeley, CA 94710
4  Telephone: (404) 590-1295
   Facsimile: (510) 529-4111
5
   *Attorneys for Plaintiffs and all others*
6  *similarly situated.*

7

8                        UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF CALIFORNIA
9
   JUAN VILLALOVOS-GUTIERREZ, ET          No.  2:24-cv-2305-DJC-CKD
10 AL.

11             Plaintiffs,                 STIPULATION TO EXTEND STAY OF
                                           PROCEEDINGS TO ALLOW PARTIES TO
12       v.                                ENGAGE IN SCHEDULED MEDIATION

13 GERARD VAN DE POL; ET AL.

14
               Defendants.
15

16

17

18       COME NOW, Plaintiffs and Defendants to file this, Stipulation to Extend the existing stay

19 while the parties attempt a resolution of the suit through alternative dispute resolution. The parties

20 have scheduled a mediation for September 26, 2025 before Doug Leach of M Resolution in

21 Sacramento.  In support of this Stipulation, the parties ask the Court to order as follows:

22       1.   The parties have scheduled a mediation for September 26, 2025.

23
         2.   The parties will update the Court within 10 days of their mediation either as to a
24
              resolution of the matter or to propose a revised scheduling order.
25
         3.   Accordingly, the parties ask that the stay entered in this matter for the parties to
26
              engage in mediation, ECF No. 20, be extended until October 6, 2025.
27

28

4. The parties will update the Court within 10 days of their mediation, but in no event later than October 6, 2025.

5. If the parties are unable to reach a settlement, then the parties shall include in their Status Update a proposed Amended Scheduling Order with proposed dates to modify the current Scheduling Order, ECF No. 13.

The parties file this Motion in good faith, and not with the intent to cause unnecessary delay.

Respectfully submitted this __9th__ day of September, 2025.

| | |
|---|---|
| /s/ James M. Knoepp<br>James M. Knoepp<br>S.C. Bar Lic. 102757<br>**LAW OFFICES OF DAWSON MORTON**<br>1612 Crestwood Drive<br>Columbia, SC 29205<br>Phone: (828) 379-3169<br>jim@dawsonmorton.com<br><br>Dawson Morton<br>CA Bar No. 320811<br>**LAW OFFICES OF DAWSON MORTON**<br>1808 Sixth St.<br>Berkeley, CA 94710<br>Phone: (404) 590-1295<br>dawson@dawsonmorton.com<br><br>*Attorneys for Plaintiffs* | GORDON REES SCULLY MANSUKHANI, LLP<br><br>By: /S/ Sara A. Moore<br>　　SARA A. MOORE<br>　　AMIE M. SCULLY<br>Attorneys for Defendants<br>GERARD VAN DE POL; G & H DAIRY,<br>A GENERAL PARTNERSHIP (*erroneously sued as* GERARD VAN DE POL AND HENRY VAN DE POL's ESTATE d/b/a G & H DAIRY) |

SO ORDERED this 10th day of September, 2025.

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28