DAWSON MORTON (SBN 320811)
JAMES KNOEPP (S.C. Bar Lic. 102757)
*Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth Street
Berkeley, CA 94710
Telephone: (404) 590-1295
Facsimile: (510) 529-4111

*Attorneys for Plaintiffs and all others similarly situated.*

SARA A. MOORE (SBN: 294255)
smoore@grsm.com
AMIE M. SCULLY (SBN: 243778)
ascully@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
GERARD VAN DE POL; G & H DAIRY, A GENERAL PARTNERSHIP (*erroneously sued as* GERARD VAN DE POL AND HENRY VAN DE POL's ESTATE d/b/a G & H DAIRY)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>GERARD VAN DE POL; ET AL.<br><br>Defendants. | No.  2:24-cv-2305-DJC-CKD<br><br>JOINT REPORT FROM MEDIATION AND JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER |

Pursuant to the Court's Order of September 10, 2025 (ECF No. 23), the parties notify the Court that they met for a full-day mediation on September 26, 2025 but were not able to reach a resolution of this dispute.  As a result, the parties jointly move for the entry of an amended Scheduling Order to modify the deadlines in the existing Scheduling Order (ECF No. 13).  Good cause exists for the modification of the Scheduling Order as the parties in good faith requested a

stay of proceedings and attempted to resolve this matter during the prior 4.5 months. (ECF Nos. 20, 23) (granting and extending stay). The parties jointly propose the following deadlines:

|  | Current Deadline | Proposed New Deadline |
|---|---|---|
| Hearing on pending discovery dispute | 5/28/2025 | 11/19/2025 at 10:00 a.m. |
| Completion of Fact Discovery | 9/12/2025 | 4/17/2026 |
| Initial Disclosure of Experts | 10/10/2025 | 5/8/2026 |
| Disclosure of Rebuttal Experts | 11/7/2025 | 6/12/2026 |
| Completion of Expert Discovery | 12/5/2025 | 7/17/2026 |
| Plaintiffs' Motion for Class Certification | 6/2/2025 | 1/28/2026 |
| Hearing on Motion for Class Certification | 7/10/2025 at 1:30 p.m. | 2/26/2026 at 1:30 p.m. |
| Dispositive Motions Deadline | 2/13/2026 | 6/26/2026 |
| Hearing on Dispositive Motions Deadline | 4/2/2026 at 1:30 p.m. | 8/6/2026 at 1:30 p.m. |
| Final Pretrial Conference | 6/18/2026 at 1:30 p.m. | TBD by Court based on availability |
| Jury Trial | 8/17/2026 at 8:30 a.m. | TBD by Court based on availability |

Respectfully submitted this __6th__ day of October, 2025.

Law Offices of Dawson Morton

s/ D. Morton
Dawson Morton
1808 Sixth St.
Berkeley, CA 94710
Telephone: (404) 590-1295
Facsimile: (510) 529-4111
dawson@dawsonmorton.com

*Attorneys for Plaintiffs*

2

| | |
|---|---|
| 1 | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | _s/ Amie Scully_____ |
| 3 | Sara A. Moore |
| 4 | 315 Pacific Avenue<br>San Francisco, CA 94111 |
| 5 | Telephone:  (415) 986-5900<br>Facsimile:  (415) 986-8054<br>smoore@grsm.com |
| 6 | *Attorneys for Defendants* |