DAWSON MORTON (SBN 320811)
JAMES KNOEPP (S.C. Bar Lic. 102757,
*Admitted Pro Hac Vice*)
LAW OFFICES OF DAWSON MORTON
1808 Sixth Street
Berkeley, CA 94710
Telephone: (404) 590-1295
Facsimile: (510) 529-4111

*Attorneys for Plaintiffs and all others similarly situated.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>GERARD VAN DE POL; ET AL.<br><br>Defendants. | No. 2:24-cv-2305-DJC-CKD<br><br>DISCOVERY MATTER<br><br>MOTION AND NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSE FROM DEFENDANT G & H DAIRY<br><br>HEARING NOVEMBER 19, 2025 AT 10:00 AM VIA ZOOM BEFORE CHIEF MAGISTRATE JUDGE CAROLYN K. DELANEY |

Plaintiffs move to compel discovery responses from Defendant G & H Dairy, which has objected and refused to produce employment records, time keeping records, employer-provided housing records, and the identity of putative class members and their employment-related documents. The parties disagree whether such records are discoverable prior to Rule 23 class certification. The parties have discussed the incomplete nature of Defendant's responses by email and by phone; however, they have not been able to resolve the discovery dispute. Plaintiffs seek these relevant records so they may be evaluated prior to moving for class certification. The parties will prepare and submit a joint statement as required by Local Rule 251.

1  Respectfully submitted this _28th___ day of October, 2025.

2

3  Dated:  October 28, 2025            Law Offices of Dawson Morton

4                                      By:  _____s/ D. Morton_____
5                                           Dawson Morton
                                             1808 Sixth St.
6                                            Berkeley, CA 94710
                                             Telephone: (404) 590-1295
7                                            Facsimile: (510) 529-4111
                                             dawson@dawsonmorton.com
8

9                                      *Attorneys for Plaintiffs and all others similarly situated.*

2