1  DAWSON MORTON (SBN 320811)
   JAMES KNOEPP (S.C. Bar Lic. 102757,
2  *Admitted Pro Hac Vice*)
   LAW OFFICES OF DAWSON MORTON
3  1808 Sixth Street
   Berkeley, CA 94710
4  Telephone: (404) 590-1295
   Facsimile: (510) 529-4111
5
   *Attorneys for Plaintiffs and all others*
6  *similarly situated.*

7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9
   JUAN VILLALOVOS-GUTIERREZ, ET          No.  2:24-cv-2305-DJC-CKD
10 AL.
                                          DISCOVERY MATTER
11         Plaintiffs,
                                          MOTION AND NOTICE OF MOTION FOR AN
12    v.                                  ORDER TO SHOW CAUSE WHY DEFENDANT
                                          G & H DAIRY SHOULD NOT BE HELD IN
13 GERARD VAN DE POL; ET AL.              CONTEMPT

14         Defendants.                    HEARING FEBRUARY 18, 2026 AT 10:00 AM
                                          VIA ZOOM BEFORE CHIEF MAGISTRATE
15                                        JUDGE CAROLYN K. DELANEY

16

17

18         Plaintiffs hereby notice their motion for an order to show cause why Defendant G & H

19 Dairy should not be held in contempt.  G & H Dairy has failed to comply with the Court's order

20 of December 3, 2025 compelling discovery responses.  ECF 29. Plaintiffs ask that the Court set a

21 show cause hearing and that the court make recommendations to the district court judge for entry

22 of sanctions against Defendant G & H Dairy as further detailed in Plaintiffs' motion and

23 memorandum.

24

25

26

27

28

Respectfully submitted this _14th___ day of January, 2026.

Dated:  January 14, 2026                    Law Offices of Dawson Morton

                                    By:  _____s/ D. Morton_____
                                                    Dawson Morton
                                                    1808 Sixth St.
                                                    Berkeley, CA 94710
                                                    Telephone: (404) 590-1295
                                                    Facsimile: (510) 529-4111
                                                    dawson@dawsonmorton.com

                                                    *Attorneys for Plaintiffs and all others similarly situated.*