DAWSON MORTON (SBN 320811)
JAMES KNOEPP (S.C. Bar Lic. 102757)
*Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth Street
Berkeley, CA 94710
Telephone: (404) 590-1295
Facsimile: (510) 529-4111

*Attorneys for Plaintiffs and all others similarly situated.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>GERARD VAN DE POL; ET AL.<br><br>Defendants. | No. 2:24-cv-2305-DJC-CKD<br><br>Declaration of Dawson Morton in Support of Plaintiffs' Motion for an Order to Show Cause |

I, Dawson Morton, declare that I am counsel for the Plaintiffs in this action and that I am competent to testify to the matters declared below, and that under penalty of perjury under the laws of the United States of America the following statements are true and correct to the best of my knowledge and memory:

1. I am an attorney for the Plaintiffs in this case. This declaration is submitted in support of the Plaintiffs' Motion for an Order to Show Cause.

2. The Court granted Plaintiffs' motion to compel on December 3, 2025, ordering production of responsive documents within 14 days of entry of a protective order. ECF 29 at 6. A protective order was agreed to between the parties and entered by the Court on December 11, 2025. ECF 31. Full and complete discovery responses were due by December 26, 2025.

**Document Production**

3. Defendant produced a set of Adobe Acrobat PDFs on December 24, 2025. That production consisted of paystub copies for five individuals and partial payroll reports for the same five individuals. The paystubs were redacted to remove any contact information, including address information, for the five individuals.

4. I first contacted counsel for Defendants by email on January 2, 2026, to express my concern that the production was in complete. No response was made to that email.

5. I again contacted counsel for Defendants by email on January 7, 2026 to further detail my concern that the production did not include numerous categories of documents at all, nor did it contain full records for what is believed to be approximately 90 putative class members.

6. Counsel for Defendants wrote, by email, that "Defendant G & H Dairy is a small farming operation with very limited administrative resources" and that "[p]roduction is ongoing, and we intend to proceed with a rolling production." Email of A. Scully dated Jan. 7, 2026 (attached).

7. Subsequently, Defendant produced some partial milk production records which were not the subject of the motion to compel but which had been sought by separate request for production and had long been promised to Plaintiffs.

8. No further payroll records, personnel records, or housing records responsive to the requests ordered to be produced by the Court's December 3rd Order have been produced.

9. Plaintiffs have a deadline to move for class certification on January 28, 2026 and the discovery requests served, and ordered compelled, sought documents to support Plaintiffs' motion for class certification.

10. Plaintiffs' counsel has expended over twelve hours on the motion to compel and the subsequent efforts to obtain Defendants' compliance with the Court's order. My hourly rate is $850 per hour.

I, Dawson Morton, declare and swear under penalty of perjury under the laws of the United States that the previous statements are true and correct.

1
2
3  Dated: January 14, 2026            Law Offices of Dawson Morton
4                            By:  _____s/ D. Morton_____
5                                      Dawson Morton
                                       1808 Sixth St.
6                                      Berkeley, CA 94710
                                       Telephone: (404) 590-1295
7                                      Facsimile: (510) 529-4111
                                       dawson@dawsonmorton.com
8
9                                 *Attorneys for Individual and Representative Plaintiffs
                                  individually and on behalf of all others similarly
10                                situated.*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                          3