Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar Lic. 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth Street
Berkeley, CA 94710
Ph: 404-590-1295
Fax: 510-529-4111
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GERARD VAN DE POL, ET AL. <br><br> Defendants. | CIV. ACT. NO.: 2:24-cv-2305-DJC-CKD <br><br> ADMINISTRATIVE MOTION TO EXTEND CLASS CERTIFICATION DEADLINE FROM CURRENT DATE UNTIL 30 DAYS PAST FULL DISCOVERY RESPONSE <br><br> RULE 23 CLASS <br><br> JURY TRIAL DEMANDED |

Pursuant to Fed. R. Civ. P. 6 and Local Rule 233, Plaintiffs move for an extension of the Court ordered class certification deadline presently set for January 28, 2026, to be rescheduled until 30 days after Defendants' production of relevant documents previously ordered compelled. The class certification motion deadline was previously set for January 28, 2026, ECF No. 25 at 3, and Plaintiffs' motion to compel was granted on December 3, 2025, ECF 29, with production of documents to occur by December 26, 2025, ECF 29 and 31. Defendant has not complied with the discovery order and Plaintiffs have made a motion for an order to show cause. ECF 32.

Defendants' deadline to respond to Plaintiffs' discovery requests was initially February 12, 2025, however prior to resolving the discovery dispute, ECF No. 16, a stay was entered, by consent motion, so the parties could engage in a mediation, ECF No. 20. After the mediation was

1 unsuccessful, and discovery responses were not provided, Plaintiffs sought to compel responses
2 again. ECF No. 28. Plaintiffs' motion to compel was granted and Defendant G & H Dairy was
3 ordered to provide full and complete responses within 14 days of entry of a protective order. ECF
4 29 at 6. The protective order was entered on December 11, 2025. ECF 31. Defendant provided, on
5 December 24, 2025, Adobe Acrobat PDF images of five individuals pay records. No further payroll
6 or personnel information has been provided for the other putative class members. ECF 32-1 at 1.
7 Plaintiffs lack a class list, Plaintiffs lack employment records for all the putative class members,
8 Plaintiffs lack personnel files and employment agreements, and lack timekeeping records and
9 records for employer-provided housing.

    In sum, Plaintiffs request a 30-day extension of their response deadlines from January 28, 2026, to a date 30 days after Defendants provide full discovery responses.

    Good cause exists for Plaintiffs' request because Defendant G & H Dairy has violated a court order compelling its discovery responses. Plaintiffs file this motion now because the class certification deadline is only one week away.

DATED: January 21, 2026

                                              *s/ D. Morton*
                                              DAWSON MORTON
                                              ATTORNEY FOR PLAINTIFFS