Dawson Morton
Cal. SBN 320811
James Knoepp
S.C. Bar Lic. 102757, *Admitted Pro Hac Vice*
LAW OFFICES OF DAWSON MORTON
1808 Sixth Street
Berkeley, CA 94710
Ph: 404-590-1295
Fax: 510-529-4111
dawson@dawsonmorton.com
jim@dawsonmorton.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GERARD VAN DE POL, ET AL. <br><br> Defendants. | CIV. ACT. NO.: 2:24-cv-2305-DJC-CKD <br><br> [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION DEADLINE |

Plaintiffs have filed an Administrative Motion to extend the the deadline to file a motion seeking class certification presently set for January 28, 2026, ECF No. 25 at 3, to allow for Plaintiffs to receive the discovery responses that have been ordered compelled but not provided, ECF Nos. 29 and 32. For good cause shown, the motion is GRANTED, and the deadline to file a motion seeking class certification in this action is extended until thirty (30) days from the date that complete discovery responses are provided. Defendants' counsel shall certify to the Court on the date its full and complete discovery responses are provided.

SO ORDERED this _____ day of January, 2026.

_____
JUDGE