SARA A. MOORE (SBN: 294255)
smoore@grsm.com
AMIE M. SCULLY (SBN: 243778)
ascully@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
GERARD VAN DE POL; G & H DAIRY, A GENERAL PARTNERSHIP (*erroneously sued as* GERARD VAN DE POL AND HENRY VAN DE POL'S ESTATE D/B/A G & H DAIRY)

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUAN VILLALOVOS-GUTIERREZ, SERGIO IVAN RODRIGUEZ-RODRIGUEZ, JOSE DE JESUS GONZALEZ-VILLALOBOS, BONIFACIO CASTRO-MORALES and REYES MORALES-DELGADILLO, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

GERARD VAN DE POL; GERARD VAN DE POL AND HENRY VAN DE POL's ESTATE d/b/a G & H DAIRY; G & H DAIRY, A GENERAL PARTNERSHIP,

Defendants.

CASE NO. 2:24-cv-02305-DJC-CKD

**DECLARATION OF STEPHANIE VAN VLIET IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT G & H DAIRY SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF COURT'S ORDER COMPELLING DISCOVERY RESPONSES**

Complaint filed: August 23, 2024
Trial date: February 1, 2027

I, Stephanie Van Vliet, declare as follows:

1. My name is Stephanie Van Vliet. I am the Office Manager for G & H Dairy. I have worked in this role for several years. My responsibilities include handling payroll, employee timekeeping, personnel files, and other day-to-day office and administrative tasks. Everything in this declaration is based on my own work and personal knowledge.

2. G & H Dairy is a small, family-run dairy farm. We do not have one centralized computer system where all payroll, timekeeping, and employee records are stored in one place.

3. Because of how our systems are set up, payroll and timekeeping records must be gathered and produced on an employee-by-employee basis. There is no way to pull records for multiple employees or multiple years with a single download or report.

4. For payroll, G & H Dairy uses QuickBooks Desktop, not QuickBooks Online. The Desktop version does not work like a cloud system and does not allow for the kind of reports or bulk exports that people often expect from online payroll programs.

5. Employee timekeeping is handled through a separate timecard system that does not connect to the payroll system. This timecard system does not produce clean, spreadsheet-style reports that clearly show hours worked by employee and date.

6. I contacted the timecard system's technical support multiple times to ask whether the system could generate readable reports. I was told that the system does not have the ability to export timecard data into an Excel or spreadsheet format that is easy to understand or review.

7. When timecard data is exported, it comes out as blocks of numbers and codes, without clear labels showing things like employee names, dates, or hours worked. The data does not make sense on its own and has to be manually reviewed and reconstructed to understand what it shows.

8. Attached as **Exhibit A** is a sample export from the timecard system. This is what the data looks like when it is exported and shows why it cannot be used as a payroll or timekeeping report without manual work.

9. These are not one-time issues. They are ongoing limitations of the systems G & H Dairy uses. We do not have the ability to generate multi-year payroll or timekeeping records through one automated report or download.

10. In addition, our payroll system only keeps electronic records for approximately 110 pay periods. Older payroll records are no longer available electronically.

11. Records that fall outside that electronic time period must be found in paper files. This means physically locating the files, reviewing them, and scanning them as needed.

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

Docusign Envelope ID: A6C12F7A-9CD3-474D-AF01-619EEF65B8DB

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

12. Because of the system limitations, producing payroll and timekeeping records requires opening each employee's file individually, downloading whatever records are available, and locating and scanning paper documents. This is a time-consuming process and cannot be done through a single bulk export or by having someone simply "search the computer."

13. I am the one part-time office manager responsible for handling payroll, timekeeping, personnel files, and other administrative responsibilities. That reality for our family dairy affects how quickly records can be gathered and produced, especially when records span multiple years and multiple employees.

14. To see if production could be sped up, we consulted with a third-party e-discovery vendor. They advised that while they might be able to help with limited electronic materials, their services are not suited to handling large volumes of paper files or mixed paper-and-electronic systems like ours. We were also advised that attempting to do so would be very expensive and inefficient.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of February, 2026 at Escalon, California.

DocuSigned by:
Stephanie Van Vliet
E6BA4102873A490...

STEPHANIE VAN VLIET

-3-
DECLARATION OF STEPHANIE VAN VLIET ISO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT G & H DAIRY SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF COURT'S ORDER COMPELLING DISCOVERY RESPONSES
Case No.: 2:24-cv-02305-DJC-CKD

# EXHIBIT A

| EXP_1 | EXP_2 | EXP_3 | SUM_REG_A | SUM_OT1_A | SUM_OT2_A | SUM_OT3_A | SUM_UNPA_A | SUM_REG_B | SUM_OT1_B | SUM_OT2_B | SUM_OT3_B | SUM_UNPA_B | EMPLNUM | BEGACTTIME | BEGRNDTIME | BEGSOFTKEY | BEGATTEND | ENDACTTIME | ENDRNDTIME | ENDSOFTKEY | ENDATTEND | POLICYUSED | SHFTGPUSED | SHFTUSED | COMPUTER | ISPAID | FULLTIME | PERMANENT | DEPARTMENT | JOB | STEP | OPERATION | CATCODE | REG | OT1 | OT2 | OT3 | UNPAID | PROCDATE | ATTENDCODE | DOLLARS | BEGAPPROV | ENDAPPROV | TASK | BEGREASON | ENDREASON | LASTNAME | FIRSTNAME | SSN | GROUP | HOMEDIV | HOURLY | USERID | SUM_DOL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18180 | 371820 | 09845 | 720 | 17460 | 0 | 0 | 0 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964313375 | 3964313340 | 2 | IE | 3964331563 | 3964331520 | 3 | OE | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 720 | 17460 | 0 | 0 | 0 | 3964291200 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 0 | 371820 | 09845 | 0 | 0 | 0 | 0 | 0 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964402800 | 0 | 0 | | 3964442400 | 0 | 0 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | | 0 | 0 | 0 | 0 | 0 | 3964377600 | A | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 32280 | 371820 | 09845 | 28620 | 0 | 0 | 0 | 3660 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964489083 | 3964489080 | 2 | IE | 3964507163 | 3964507140 | 8 | | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 18060 | 0 | 0 | 0 | 0 | 3964464000 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 32280 | 371820 | 09845 | 28620 | 0 | 0 | 0 | 3660 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964507163 | 3964507140 | 8 | | 3964510853 | 3964510800 | 9 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | LUNCH | 0 | 0 | 0 | 0 | 3660 | 3964464000 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 32280 | 371820 | 09845 | 28620 | 0 | 0 | 0 | 3660 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964510853 | 3964510800 | 9 | | 3964521372 | 3964521360 | 3 | OE | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | WORK | 10560 | 0 | 0 | 0 | 0 | 3964464000 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 31800 | 371820 | 09845 | 28620 | 0 | 0 | 0 | 3180 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964576174 | 3964576140 | 2 | IL | 3964593924 | 3964593900 | 8 | | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 17760 | 0 | 0 | 0 | 0 | 3964550400 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 31800 | 371820 | 09845 | 28620 | 0 | 0 | 0 | 3180 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964593924 | 3964593900 | 8 | | 3964597100 | 3964597080 | 9 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | LUNCH | 0 | 0 | 0 | 0 | 3180 | 3964550400 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 31800 | 371820 | 09845 | 28620 | 0 | 0 | 0 | 3180 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964597100 | 3964597080 | 9 | | 3964607975 | 3964607940 | 3 | OE | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | WORK | 10860 | 0 | 0 | 0 | 0 | 3964550400 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33480 | 371820 | 09845 | 28800 | 1200 | 0 | 0 | 3480 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964661341 | 3964661340 | 2 | IE | 3964680006 | 3964680000 | 8 | | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 18660 | 0 | 0 | 0 | 0 | 3964636800 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33480 | 371820 | 09845 | 28800 | 1200 | 0 | 0 | 3480 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964680006 | 3964680000 | 8 | | 3964683483 | 3964683480 | 9 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | LUNCH | 0 | 0 | 0 | 0 | 3480 | 3964636800 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33480 | 371820 | 09845 | 28800 | 1200 | 0 | 0 | 3480 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964683483 | 3964683480 | 9 | | 3964694822 | 3964694820 | 3 | OE | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | WORK | 10140 | 1200 | 0 | 0 | 0 | 3964636800 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 38520 | 371820 | 09845 | 28800 | 6420 | 0 | 0 | 3300 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964748062 | 3964748040 | 2 | IE | 3964766713 | 3964766700 | 8 | | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 18660 | 0 | 0 | 0 | 0 | 3964723200 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 38520 | 371820 | 09845 | 28800 | 6420 | 0 | 0 | 3300 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964766713 | 3964766700 | 8 | | 3964770029 | 3964770000 | 9 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | LUNCH | 0 | 0 | 0 | 0 | 3300 | 3964723200 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 38520 | 371820 | 09845 | 28800 | 6420 | 0 | 0 | 3300 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964770029 | 3964770000 | 9 | | 3964786566 | 3964786560 | 3 | OE | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | WORK | 10140 | 6420 | 0 | 0 | 0 | 3964723200 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33660 | 371820 | 09845 | 28800 | 1620 | 0 | 0 | 3240 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964834139 | 3964834080 | 2 | IE | 3964853117 | 3964853100 | 8 | | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 19020 | 0 | 0 | 0 | 0 | 3964809600 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33660 | 371820 | 09845 | 28800 | 1620 | 0 | 0 | 3240 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964853117 | 3964853100 | 8 | | 3964856342 | 3964856340 | 9 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | LUNCH | 0 | 0 | 0 | 0 | 3240 | 3964809600 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33660 | 371820 | 09845 | 28800 | 1620 | 0 | 0 | 3240 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964856342 | 3964856340 | 9 | | 3964867762 | 3964867740 | 3 | OE | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | WORK | 9780 | 1620 | 0 | 0 | 0 | 3964809600 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 0 | 371820 | 09845 | 0 | 0 | 0 | 0 | 0 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3964921200 | 0 | 0 | | 3964960800 | 0 | 0 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | | 0 | 0 | 0 | 0 | 0 | 3964896000 | A | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 0 | 371820 | 09845 | 0 | 0 | 0 | 0 | 0 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965007600 | 0 | 0 | | 3965047200 | 0 | 0 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | | 0 | 0 | 0 | 0 | 0 | 3964982400 | A | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 31980 | 371820 | 09845 | 28680 | 0 | 0 | 0 | 3300 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965094156 | 3965094120 | 2 | IL | 3965112030 | 3965112000 | 8 | | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 17880 | 0 | 0 | 0 | 0 | 3965068800 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 31980 | 371820 | 09845 | 28680 | 0 | 0 | 0 | 3300 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965112030 | 3965112000 | 8 | | 3965115335 | 3965115300 | 9 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | LUNCH | 0 | 0 | 0 | 0 | 3300 | 3965068800 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 31980 | 371820 | 09845 | 28680 | 0 | 0 | 0 | 3300 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965115335 | 3965115300 | 9 | | 3965126109 | 3965126100 | 3 | OE | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | WORK | 10800 | 0 | 0 | 0 | 0 | 3965068800 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33120 | 371820 | 09845 | 28800 | 540 | 0 | 0 | 3780 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965180415 | 3965180400 | 2 | | 3965198852 | 3965198820 | 8 | | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 18420 | 0 | 0 | 0 | 0 | 3965155200 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33120 | 371820 | 09845 | 28800 | 540 | 0 | 0 | 3780 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965198852 | 3965198820 | 8 | | 3965202634 | 3965202600 | 9 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | LUNCH | 0 | 0 | 0 | 0 | 3780 | 3965155200 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33120 | 371820 | 09845 | 28800 | 540 | 0 | 0 | 3780 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965202634 | 3965202600 | 9 | | 3965213534 | 3965213520 | 3 | OE | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | WORK | 10380 | 540 | 0 | 0 | 0 | 3965155200 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33960 | 371820 | 09845 | 28800 | 1980 | 0 | 0 | 3180 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965263225 | 3965263200 | 2 | IE | 3965282147 | 3965282100 | 8 | | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 18900 | 0 | 0 | 0 | 0 | 3965241600 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33960 | 371820 | 09845 | 28800 | 1980 | 0 | 0 | 3180 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965282147 | 3965282100 | 8 | | 3965285283 | 3965285280 | 9 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | LUNCH | 0 | 0 | 0 | 0 | 3180 | 3965241600 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33960 | 371820 | 09845 | 28800 | 1980 | 0 | 0 | 3180 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965285283 | 3965285280 | 9 | | 3965297214 | 3965297160 | 3 | OE | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | WORK | 9900 | 1980 | 0 | 0 | 0 | 3965241600 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33900 | 371820 | 09845 | 28800 | 2340 | 0 | 0 | 2760 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965349279 | 3965349240 | 2 | IE | 3965368363 | 3965368320 | 8 | | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 19080 | 0 | 0 | 0 | 0 | 3965328000 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33900 | 371820 | 09845 | 28800 | 2340 | 0 | 0 | 2760 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965368363 | 3965368320 | 8 | | 3965371117 | 3965371080 | 9 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | LUNCH | 0 | 0 | 0 | 0 | 2760 | 3965328000 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 33900 | 371820 | 09845 | 28800 | 2340 | 0 | 0 | 2760 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965371117 | 3965371080 | 9 | | 3965383185 | 3965383140 | 3 | OE | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | WORK | 9720 | 2340 | 0 | 0 | 0 | 3965328000 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 31620 | 371820 | 09845 | 28800 | 1020 | 0 | 0 | 1800 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965439487 | 3965439480 | 2 | IE | 3965457752 | 3965457720 | 8 | | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 18240 | 0 | 0 | 0 | 0 | 3965414400 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 31620 | 371820 | 09845 | 28800 | 1020 | 0 | 0 | 1800 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965457752 | 3965457720 | 8 | | 3965459554 | 3965459520 | 9 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | LUNCH | 0 | 0 | 0 | 0 | 1800 | 3965414400 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 31620 | 371820 | 09845 | 28800 | 1020 | 0 | 0 | 1800 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965459554 | 3965459520 | 9 | | 3965471151 | 3965471100 | 3 | OE | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | WORK | 10560 | 1020 | 0 | 0 | 0 | 3965414400 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 19320 | 371820 | 09845 | 120 | 19200 | 0 | 0 | 0 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965525465 | 3965525460 | 2 | IE | 3965544798 | 3965544780 | 3 | OE | 001 | 1 | 1 | 1 | TRUE | TRUE | TRUE | 00002 | | | | WORK | 120 | 19200 | 0 | 0 | 0 | 3965500800 | | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |
| 0 | 371820 | 09845 | 0 | 0 | 0 | 0 | 0 | 288360 | 51780 | 0 | 0 | 31680 | 09845 | 3965612400 | 0 | 0 | | 3965652000 | 0 | 0 | | 001 | 1 | 1 | 1 | FALSE | TRUE | TRUE | 00002 | | | | | 0 | 0 | 0 | 0 | 0 | 3965587200 | A | 0.00 | FALSE | FALSE | | | | Rodriguez | Alejo | - - | | 0 | TRUE | 2222818 | 0.00 |