Case 2:24-cv-02305-DJC-CKD    Document 37-1    Filed 02/12/26    Page 1 of 1

| Ordered by: Code | G&H Dairy | Thursday 12/19/2024 |
|---|---|---|
| | | 10:39 |
| Date range: 08/15/2020 - 11/15/2024 | **TIME CARD REPORT** | Page: 1 |

| Code | Name |
|---|---|
| 00395 | Padilla, Cristobal |

*** This employee has missing punches in the selected date range. ***

| | DATE | DAY | CTGY. | START | STOP | HOURS | REG | OT1 | OT2 | OT3 | UNPAID | TOTAL | DOLLAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08/15/2020 | SAT | WORK | 07:00 | 11:30 OE | 4.50 | 4.50 | | | | | 4.50 | |
| ABSENT | 08/16/2020 | SUN | | 07:00 | 18:00 | | 0.00 | | | | | 0.00 | |
| | 08/17/2020 | MON | WORK | 07:00 | 12:00 | 5.00 | 9.00 | 0.50 | | | 1.00 | 10.50 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 17:30 OE | 4.50 | | | | | | | |
| | 08/18/2020 | TUE | WORK | 07:00 | 12:00 | 5.00 | 9.00 | 1.00 | | | 1.00 | 11.00 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 18:00 | 5.00 | | | | | | | |
| ABSENT | 08/19/2020 | WED | | 07:00 | 18:00 | | 0.00 | | | | | 0.00 | |
| | 08/20/2020 | THU | WORK | 07:00 | 12:00 | 5.00 | 9.00 | 3.17 | | | 0.50 | 12.67 | |
| | | | LUNCH | 12:00 | 12:30 | 0.50 | | | | | | | |
| | | | WORK | 12:30 | 19:40 OL | 7.17 | | | | | | | |
| | 08/21/2020 | FRI | WORK | 07:00 | 12:00 | 5.00 | 9.00 | 2.00 | | | 1.00 | 12.00 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 19:00 OL | 6.00 | | | | | | | |
| | 08/22/2020 | SAT | WORK | 07:00 | 12:00 OE | 5.00 | 5.00 | | | | | 5.00 | |
| ABSENT | 08/23/2020 | SUN | | 07:00 | 18:00 | | 0.00 | | | | | 0.00 | |
| | 08/24/2020 | MON | WORK | 07:00 | 12:00 | 5.00 | 9.00 | | | | 1.00 | 10.00 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 17:00 OE | 4.00 | | | | | | | |
| | 08/25/2020 | TUE | WORK | 07:00 | 12:00 | 5.00 | 9.00 | 0.50 | | | 1.00 | 10.50 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 17:30 OE | 4.50 | | | | | | | |
| | 08/26/2020 | WED | WORK | 07:00 | 12:00 | 5.00 | 9.00 | | | | 1.00 | 10.00 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 17:00 OE | 4.00 | | | | | | | |
| | 08/27/2020 | THU | WORK | 07:00 | 12:00 | 5.00 | 9.00 | | | | 1.00 | 10.00 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 17:00 OE | 4.00 | | | | | | | |
| | 08/28/2020 | FRI | WORK | 07:00 | 11:30 | 4.50 | 9.00 | 3.00 | | | 1.00 | 13.00 | |
| | | | LUNCH | 11:30 | 12:30 | 1.00 | | | | | | | |
| | | | WORK | 12:30 | 20:00 OL | 7.50 | | | | | | | |
| | 08/29/2020 | SAT | WORK | 07:00 | 12:00 OE | 5.00 | 5.00 | | | | | 5.00 | |
| ABSENT | 08/30/2020 | SUN | | 07:00 | 18:00 | | 0.00 | | | | | 0.00 | |
| | 08/31/2020 | MON | WORK | 07:00 | 12:00 | 5.00 | 9.00 | 2.50 | | | 1.00 | 12.50 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 19:30 OL | 6.50 | | | | | | | |
| | 09/01/2020 | TUE | WORK | 07:00 | 12:00 | 5.00 | 9.00 | 1.00 | | | 1.00 | 11.00 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 18:00 | 5.00 | | | | | | | |
| | 09/02/2020 | WED | WORK | 07:00 | 12:00 | 5.00 | 9.00 | 2.00 | | | 1.00 | 12.00 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 19:00 OL | 6.00 | | | | | | | |
| | 09/03/2020 | THU | WORK | 07:00 | 12:00 | 5.00 | 9.00 | 3.00 | | | 1.00 | 13.00 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 20:00 OL | 7.00 | | | | | | | |
| | 09/04/2020 | FRI | WORK | 07:00 | 12:00 | 5.00 | 9.00 | 1.00 | | | 1.00 | 11.00 | |
| | | | LUNCH | 12:00 | 13:00 | 1.00 | | | | | | | |
| | | | WORK | 13:00 | 18:00 | 5.00 | | | | | | | |