SARA A. MOORE (SBN: 294255)
smoore@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
GERARD VAN DE POL; G & H DAIRY, A GENERAL PARTNERSHIP (*erroneously sued as* GERARD VAN DE POL AND HENRY VAN DE POL'S ESTATE D/B/A G & H DAIRY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, SERGIO IVAN RODRIGUEZ-RODRIGUEZ, JOSE DE JESUS GONZALEZ-VILLALOBOS, BONIFACIO CASTRO-MORALES and REYES MORALES-DELGADILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GERARD VAN DE POL; GERARD VAN DE POL AND HENRY VAN DE POL's ESTATE d/b/a G & H DAIRY; G & H DAIRY, A GENERAL PARTNERSHIP,<br><br>Defendants. | CASE NO. 2:24-cv-02305-DJC-CKD<br><br>**DECLARATION OF SARA A. MOORE IN RESPONSE TO THE COURT'S MARCH 9 2026 MINUTE ORDER RE: FURTHER STATEMENT ON THE STATUS OF PRODUCTION OF DOCUMENTS**<br><br><br><br>Complaint filed: August 23, 2024<br>Trial date: February 1, 2027 |

-1-

I, Sara A. Moore, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California and am a Partner in the law firm of Gordon Rees Scully Mansukhani, LLP ("The Firm"), attorneys for the defendants GERARD VAN DE POL; G & H DAIRY, A GENERAL PARTNERSHIP (*erroneously sued as* GERARD VAN DE POL AND HENRY VAN DE POL's ESTATE d/b/a G & H DAIRY). I have personal knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently.

2. As far as the status of the ongoing production, since the Court's December 3, 2025 Order, we have produced a total of 5,956 pages of documents as follows:

| Date of Production | Bates Number |
| --- | --- |
| December 24, 2025 | G&H000866-1775 |
| January 7, 2026 | G&H001776-1900 |
| January 8, 2026 | G&H001901-2317 |
| January 15, 2026 | G&H002318-2340 |
| January 22, 2026 | G&H002341-2391 |
| January 27, 2026 | G&H002392-2413 |
| March 4, 2026 | G&H002414-4657 |
| March 6, 2026 | G&H004658-5122 |
| March 12, 2026 | G&H005123-6821 |

3. There are an estimated 89 putative class members. As shared in the March 3, 2026 filing, as part of Defendants' efforts to fully comply with the Court's Order, we elected to re-produce the time and payroll records for 28 employees in an unredacted format as these had previously been produced in advance of mediation in a redacted, anonymized format. We have now produced these records (un-redacted) along with the remaining records, which included employees' time and pay records for the 45 additional employees that remained outstanding as

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

-2-

DECLARATION OF SARA A. MOORE IN RESPONSE TO THE COURT'S MARCH 9, 2026 MINUTE ORDER RE: FURTHER STATEMENT ON THE STATUS OF PRODUCTION OF DOCUMENTS
Case No.: 2:24-cv-02305-DJC-CKD

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

of the prior filing, which resulted in the production of G&H002414-006821.  This production was completed as of March 12, 2026.

4.     Earlier today, on April 8, 2026, counsel for Plaintiffs contacted me to inquire about the status of the production as to whether additional documents were still outstanding from his perspective.  He advised that it appeared that there were some employees' time and pay records, which he deemed to be incomplete. I responded with the Bates numbers of those records that had, in fact, been produced, along with the date of production.  The Parties are currently engaged in meet and confer efforts to ensure that each of Plaintiffs' concerns are fully resolved. For example, Plaintiffs' counsel did identify five (5) of those employees for whom he had received time records but there were no pay records after January 15, 2025.  We are currently working to confirm whether there are some, limited pay records still outstanding for these five employees, but we were able to otherwise address each of Plaintiffs' concerns.  With exception of resolving the pay records for these five employees, the time and pay records for all 89 employees appear to be complete from Defendants' perspective.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day April, 2026 at San Francisco, California.

_/S/ Sara A. Moore_
SARA A. MOORE

-3-