DAWSON MORTON (SBN 320811)
JAMES KNOEPP (S.C. Bar Lic. 102757,
*Pro Hac Vice*)
LAW OFFICES OF DAWSON MORTON
1808 Sixth Street
Berkeley, CA 94710
Telephone: (404) 590-1295
Facsimile: (510) 529-4111

*Attorneys for Plaintiffs and all others
similarly situated.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLALOVOS-GUTIERREZ, ET AL. | No.  2:24-cv-2305-DJC-CKD |
| Plaintiffs, | STATEMENT OF PLAINTIFFS' CONCERNING MISSING DISCOVERY RESPONSES |
| v. | |
| GERARD VAN DE POL; ET AL. | |
| Defendants. | |

Defendants discovery responses which were compelled by the Court on December 3, 2025 remain incomplete.  The Court compelled responses to Plaintiffs' Requests for Productions Numbers 1- 6, 8, 10, 11, 14-17, 19 27-28, 31, 33-34.  ECF 29 at 2-4.  Defendants have slowly produced paystubs and time sheets for 86 individuals and one office worker.  This production is responsive to Request Numbers 2-4. As Defendants noted in their affidavit, the production appears incomplete as there are not corresponding time sheets and paystubs for all pay periods for each of the 86 individuals.

While Defendant has made a production of paystubs and time sheets for what is believed to be most of the putative class members, Defendant did not supplement responses to any of the other requests.[1] Plaintiffs discovery sought information concerning reimbursements paid for

[1] Plaintiffs have spent more than a year trying to get basic, initial discovery from the Defendants. This discovery was originally served January 13, 2025.

equipment purchases by dairy workers, sought information concerning the housing defendants provide to dairy workers (and which Plaintiffs contend violated state and federal law), sought a class list, and sought Defendants' electronic payroll data (which is maintained in Quickbooks format). The requests for which no supplemental responses were made include Request Number 1 (class list with contact information), Number 6 (documents stating the rate of pay or showing changes to the rate of pay), Number 8 (agreements with workers), Number 10 (documents signed by workers), Number 11 (employment relationship documents), Numbers 14-16 (meal period records), Number 17 (rest period records), Number 19 (tools or equipment reimbursements), and Numbers 27-28, 31, 33-34 (records concerning defendants' worker housing). All these requests were ordered compelled.  ECF 29 at 2-4. Plaintiffs believe either a further Court order or a discovery conference is necessary to actually obtain the documents sought and ordered compelled.

Respectfully submitted this 12th day of April, 2026.

Law Offices of Dawson Morton

By: _____ s/ D. Morton _____
Dawson Morton
1808 Sixth St.
Berkeley, CA 94710
Telephone: (404) 590-1295
Facsimile: (510) 529-4111
dawson@dawsonmorton.com